IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JSDQ MESH TECHNOLOGIES LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>TROPOS NETWORKS, INC., ABB INC., ABB HOLDINGS INC., and ABB LTD,<br><br>                Defendants. | **Case No. 1:12-cv-01220-LPS** |

**CONSENT NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff JSDQ Mesh Technologies LLC ("JSDQ") hereby dismisses all of its claims in the action WITHOUT PREJUDICE as to Defendants ABB Holdings Inc. and ABB Ltd. only.

No defendant has filed an answer to JSDQ's complaint or a motion for summary judgment in this action. The case continues as to Defendants Tropos Networks, Inc. and ABB Inc.

Dated: October 31, 2012

Respectfully submitted,

   */s/ George Pazuniak*

*Of Counsel:*
Timothy J. Haller
Daniel R. Ferri
Gabriel I. Opatken
NIRO, HALLER & NIRO
181 West Madison Street
Suite 4600
Chicago, IL 60602
Phone:  (312) 236-0733
Fax:  (312) 236-3137
haller@nshn.com
dferri@nshn.com
gopatken@nshn.com

George Pazuniak (DE Bar No. 00478)
PAZUNIAK LAW OFFICE LLC
1201 Orange Street
7th Floor, Suite 7114
Wilmington, DE 19801
Phone:  (302) 478-4230
GP@del-iplaw.com

*Attorneys for Plaintiff, JSDQ Mesh Technologies LLC*