**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JSDQ MESH TECHNOLOGIES LLC,<br><br>                              Plaintiff,<br><br>    v.<br><br>TROPOS NETWORKS, INC., and ABB INC.,<br><br>                              Defendants. | Case No. 1:12-cv-01220-GMS |

## JOINT STATUS REPORT

Pursuant to the Court's Oral Order of August 30, 2013, Plaintiff JSDQ Mesh Technologies LLC, and Defendants Tropos Networks, Inc. and ABB Inc. hereby submit this Joint Status Report in advance of the Scheduling Teleconference set in this matter for Thursday, September 5, 2013 at 10:00 a.m.

On July 30, 2013, Plaintiff and Defendants filed their Stipulated Motion for Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (D.I. 19). In light of the pending dismissal of Defendants and termination of this action, the Parties' controversies have been resolved.

Dated: September 4, 2013                                              Respectfully submitted,

| | |
|---|---|
| */s/ Brian E. Farnan*<br>Brian E. Farnan (DE Bar 4089)<br>FARNAN LLP<br>919 North market Street – 12th Floor<br>Wilmington, DE 19801<br>Phone: (302)-777-0300<br>bfarnan@farnanlaw.com<br><br>***Attorneys for Defendants Tropos Networks Inc. and ABB Inc.*** | */s/ George Pazuniak*<br>George Pazuniak (DE Bar 478)<br>O'KELLY ERNST & BIELLI, LLC<br>901 N. Market Street – Suite 1000<br>Wilmington, DE 19801<br>Phone: (302) 478-4230<br>gp@del-iplaw.com<br><br>***Attorneys for Plaintiff<br>JSDQ Mesh Technologies LLC*** |